IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEVANTE XAVIER REED,

      Petitioner,

v.

Case No. 5D22-1535
LT Case No. 2013-CF-003365-B

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 12, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Devante Xavier Reed, Lake City,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and treated as the notice of appeal from the

December 7, 2020 order denying Petitioner's motion to correct illegal sentence rendered in Case No. 2013-CF-003365-B, in the Circuit Court in and for Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.